**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| DEATON, GARY LEE | ) | |
| DEATON, MICHELE L. | ) | CASE NO. 05-28454 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

>   At:   U.S. BANKRUPTCY COURT
>         Kane County Courthouse
>         100 S. 3rd Street, Room 140
>         Geneva, IL  60134
>
>   on:   **November 20, 2008**
>   at:   **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                $         32,936.99

   b. Disbursements                           $            218.00

   c. Net Cash Available for Distribution     $         32,718.99

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | $   4,043.70 | $ |
| JOSEPH R. VOILAND Trustee | $ | $ | $   1,355.98 |

| | | | | | | |
|---|---|---|---|---|---|---|
| JOSEPH R. VOILAND Trustee's Firm Legal | $ | | $ | 4,216.00 | $ | |
| JOSEPH R. VOILAND Trustee's Firm Legal | $ | | $ | | $ | 4.42 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $2,137,333.46, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $1.07%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | West Suburban Bank | $ 801,122.11 | $ 8,601.77 |
| 2 | Orange Lake County Club | $ 3,643.82 | $ 39.12 |
| 3 | McCann Industries, Inc. | $ 5,490.22 | $ 58.95 |
| 4 | Navistar Financial Corp | $ 4,935.82 | $ 53.00 |
| 7 | St Alexus Medical Center | $ 139.58 | $ 1.50 |
| 8 | Kelly Sauder Rupiper Equip | $ 4,983.50 | $ 53.51 |
| 11 | World Financial Network National Bank | $ 324.92 | $ 3.49 |
| 12 | Kendall Hill Nursery, Inc | $ 753.00 | $ 8.09 |
| 13 | SMC c/o Carson Pirie Scott's-HSBC Bank Nevada | $ 1,687.77 | $ 18.12 |
| 14 | Discover Bank/Discover Financial Services | $ 9,307.77 | $ 99.94 |
| 15 | Marshall Field | $ 404.73 | $ 4.35 |
| 16 | Conserv FS | $ 2,982.03 | $ 32.02 |
| 17 | Chase Bank USA, N.A. | $ 8,456.28 | $ 90.80 |
| 18 | Tide Flex Company | $ 953.92 | $ 10.24 |
| 19 | EroTex | $ 7,715.65 | $ 82.84 |
| 20 | Von Maur Credit Card | $ 126.38 | $ 1.36 |
| 21 | American ExpressTravel Related Svcs Inc | $ 758.25 | $ 8.14 |
| 22 | DeBuck's Sod Farm of Wisconsin Inc | $ 44,622.26 | $ 479.12 |
| 23 | Patten Industries, Inc. | $ 93,000.00 | $ 998.55 |
| 24 | Michael T. Nigro/Nigro & Westfall, P.C. | $ 12,611.24 | $ 135.41 |
| 25 | Kohl's Department Store | $ 638.50 | $ 6.86 |
| 26 | Recovery Management Systems Corporation | $ 237.26 | $ 2.55 |
| 28 | First Sealord Surety Inc | $ 15,913.50 | $ 170.87 |
| 29 | Waste Management RMC | $ 3,258.56 | $ 34.99 |
| 30 | Citibank USA NA | $ 1,338.88 | $ 14.38 |
| 31 | Department of the Treasury-Internal Revenue Service | $ 781,070.19 | $ 8,386.46 |

| 32 | MBNA America Bank NA | $ | 34,246.61 | $ | 367.71 |
| 33 | Fifth Third Bank | $ | 16,037.52 | $ | 172.20 |
| 36 | Department of the Treasury-Internal Revenue Service | $ | 260,356.73 | $ | 2,795.49 |
| 38 | Trustees of cement Mason Pe | $ | 4,700.00 | $ | 50.46 |
| 39 | Midwest Construction Serv | $ | 15,516.46 | $ | 166.60 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtors have been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

   Real Estate (180 Peachtree, West Chicago, IL) - $425,000.00; Real Estate (1135 South Lake, Montgomery, IL) - $900,000.00; Time Share (Orange Lake Resort, Kissimmee, FL) - $10,000.00; Checking Account (DuPage National Bank) - $200.00; Household Goods - $2,500.00; Wearing Apparel - $400.00; Jewelry (Watches) - $200.00; Life Insurance - $3,000.00; Stock (Landscape Resources) - $0.00; Stock (Eco Sources, Inc.) - $0.00; 1979 Midget - $1,500.00; Preferential Transfer (Steven Slaw) - $0.00.

   The Trustee seeks abandonment of said assets because they are subject to Debtors' valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated: **October 28, 2008**      For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1             User: amcc7                  Page 1 of 6                  Date Rcvd: Oct 28, 2008
Case: 05-28454                   Form ID: pdf002              Total Served: 317


The following entities were served by first class mail on Oct 30, 2008.
db         +Gary Lee Deaton,    180 Peachtree Lane,    West Chicago, IL 60185-1988
jdb        +Michele L Deaton,    180 Peachtree Lane,    West Chicago, IL 60185-1988
aty        +Stephen J Costello,    Costello & Costello,    19 N Western Ave Rt 31,
             Carpentersville, IL 60110-1730
tr         +Joseph Voiland,   Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
9690193    +1st AYD Corporation,    1325 Gateway Drive,    Elgin, Il 60124-7866
9690194    +A&A Equipment & Supply,    1110 N Ellis Ave,    Bensenville, Il 60106-1117
9690206   +++AOS ASSOCIATES,    14926 S BARTLETT AVE,    PLAINFIELD IL   60544-1924
            (address filed with court: AOS Associates,     728 Bartlett,    Plainfield, Il. 60544)
9690195    +Advanced Material Services,    435 Pennsylvania Ave,    Suite 604,    Glen Ellyn, IL 60137-4401
9690196    +Agri Drain,    P O Box 458,    Adair, Ia 50002-0458
9690197     Airgas,    P O Box 802588,    Chicago, Il. 60680-2588
9687362    +Alexian Brothers,    St.Alexius Medical Center,    1555 Barrington Road,
             Hoffman Estates, IL 60169-1099
9690199    +Alpha to Omega Surveying,    2216 16th Avenue,    Rockford, Il 61104-5602
9690200     Altorfer, Inc,    P O Box 1347,    Cedar Rapids, Ia 52406-1347
9687364    +American Express,    P O Box 360001,    Fort Lauderdale, Fl 33336-0001
9690202    +American ExpressTravel Related Svcs Inc,     c/o Becket and Lee LP,    PO Box 3001,
             Malvern PA 19355-0701
9690203     American Rental Centers,    5040 N Big Hollow Road,    Peoria, Il. 61615
9690204     Analysts, Inc,    P O Box 2955,    Torrance, Ca 90509-2955
9690205    +Angel Espinal, Jr.,    929 Kane Street,    Aurora, Il 60505-3743
9690207    +Applied Ecological Services,    P O Box 256,    17921 Smith Road,    Brodhead, WI 53520-9355
9690208    +Aurora Area Spring,    380 N E Industrial Dr,    Aurora, Il 60505-8717
9690209    +Aurora Automotive Supply,    220 West Galena Blvd,    Aurora, Il 60506-4097
9690210    +Aurora Concrete Products Co,    145 South River Drive,    North Aurora, Il 60542-1649
9690211    +BBA, LLC,    One Pierce Place, 260C,    Itasca, Il 60143-1253
9690213    +BFI of Aurora,    1565 Aurora Avenue Lane,    Aurora, Il 60505-8703
9690214    +BFI of Melrose Park,    5050 West Lake Street,    Melrose park, Il 60160-2766
9690212    +Beverly Materials, LLC,    1100 Brandt Drive,    Elgin, Il 60192-1676
9690215     Boc Gases (Airgas),    P O Box 371914,    Pittsburgh, Pa 15251-7914
9690216    +Brian Spies,    2001 Bittersweet,    Plano, Il 60545-1066
9690217    +Bryon Nursery,    P O Box 125,    St. Charles, Il 60174-0125
9690218    +Buechel Stone Corporation,    West 3639 Hwy H,    Clinton, Wi 53525
9690219    +Buikema’s Ace Hardware,    963 West 75th Street,    Naperville, Il 60565-1246
9690220     Burke, LLC,    9575 West Higgins Rd,    Suite 600,    Rosemont, IL 60018-4920
9690221    +Buttrey Rental Service,    216 West Ogden Avenue,    Westmont, Il 60559-1306
9690228     CECCO Trading, Inc,    600 E Vienna Ave,    Milwaukee, Wi 53212-1637
9690248    +CRF Solutions,    2051 Royal Avenue,    Simi Valley, CA 93065-4679
9690222    +Carol Stream Lawn & Power,    1370 Army Trail Road,    Carol Stream, Il 60188-4836
9690223    +Carroll Distributing and,    Construction Supply, Inc,    205 South Iowa Avenu,
             Ottumwa, IA 52501-3312
9595296     Carson Pirie Scott,    P O Box 17633,    Baltimore, Md 21297-1633
9690226    +Cary Concrete Products, Inc,    211 Dean Street, Suite 1D,    Woodstock, Il 60098-3275
9595297    +Cary Concrete Products, Inc,    c/o Fuchs & Roselli Ltd,    311 S County Farm Rd, Ste A,
             Wheaton, IL 60187-2477
9690227     Case Credit Corporation,    P O Box 2032,    Racine, Wi 53401-2032
9687367     Center for Surgery,    75 Remittance Dr.,    Suite 3278,    Chicago, IL 60675-3278
9687368    +Central DuPage,    Anethesiologists,    185 Penny Avenue,    East Dundee, IL 60118-1454
9595300     Central DuPage Hospital,    0N025 Winfield Road,    Winfield, IL 60190-1295
9690232    +Central Laborers’ Pension,,    Welfare and Annuity Funds,    P O Box 1267,
             Jacksonville, IL 62651-1267
10616927   +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
             Seattle, WA 98121-2339
9690233    +ChemWise,    Ecological,    2 1/2 West Wilson Street,    Suite A1,    Batavia, IL 60510-1943
9690234    +Chicago Flameproof,    1180 Reliable Parkway,    Chicago, Il 60686-0001
9690235     ChicagoTribune,    P O Box 6315,    Chicago, Il 60680-6315
9690236     Citi Cards,    P O Box 6412,    The Lakes, Nv 88901-6412
10688344   +Citibank USA NA,    POB 182149,    Columbus, OH 43218-2149
9690237    +Coffman Truck Sales, Inc.,    1149 West Lake Street,    P O Box 151,    Aurora, IL 60507-0151
9690238    +Coldwell Banker Commercial,    Devonshire Realty,    7707 North Knoxville Ave,
             Peoria, IL 61614-2080
9690240    +Conserv FS,    27310 W Case Road,    Wauconda, Il 60084-9740
9690241    +Conserv FS Inc.,    c/o Teller,Levit,    11 E Adams St,    8th Flr,    Chicago, IL 60603-6301
9690242    +Construction Resource Tech,    1515 Indian River Blvd,    Bldg A, Suite 222,
             Vero Beach, FL 32960-5627
9595301    +Continental Recovery & Fili,    (United Rentals),    2051 Royal Avenue,
             Simi Valley, CA 93065-4679
9690244    +Cordray Brothers Pit,    7600 Epworth Road,    Garden Prairie, Il 61038-9597
9690245    +Corkhill West,    Bend Mutual,    1900 South 18th Avenue,    West Bend, Wi 53095-9791
9690246    +Corridor Supply Company,    751 N. Bolingbrook Dr. #16,    Bolingbrook, Il 60440-5305
9595302     Countrywide Home Loans,    P O Box 660694,    Dallas Tx 75266-0694
9690252    +DFCC, Inc,    1090 Rock Road Lane,    Unit 5,    East Dundee, IL 60118-2452
9690258    +DLM Trucking Inc,    Dump Truck Service,    542 Justa Road,    Metamora, IL 61548-7735
9690249    +DeBuck’s Sod Farm of,    Wisconsin, Inc,    N6127 County Road P,    Delavan, WI 53115-2703
10623937   +DeBuck’s Sod Farm of   Wisconsin Inc,    c/o Thorpe Compton & Christian SC,    PO   Box 386,
             Delavan WI 53115-0386
9595303    +Delnor Community Hospital,    300 Randall Road,    Geneva, Il 60134-4202
9690251     Delta Dental Plan of Ill,    Department 1030,    P O Box 805275,    Chicago, IL 60680-4114
9690253    +Diane Ketterer,    14428 S Heatherwood Dr,    Homer Glen, Il 60491-7716
9690254     Dick’s Trucking Services,    P O Box 5187,    Peoria, Il 61601-5187
9690255     Directv,    P O Box 60036,    Los Angeles, Ca 90060-0036
9690257    +Ditomasso Excavating Ltd,    880 W Everett Road,    Lake Forest, Il 60045-2744
```

```
District/off: 0752-1          User: amcc7               Page 2 of 6                  Date Rcvd: Oct 28, 2008
Case: 05-28454                Form ID: pdf002           Total Served: 317


9690259       Dohn & Associates,    4811 Emerson Avenue,    Suite 103,    Palatine, IL 60067-7416
9690260      +DuPage Topsoil, Inc.,    P O Box 387,    Wheaton, Il 60187-0387
9690261      +E C Rizzi & Associate,    31 W 310 Schoger Drive,    Naperville, Il 60564-5656
9690262       Edens Stone,   P O Box 686378,    Milwaukee, Wi 53268-6378
9690263      +Edgar Garcia,    632 Pennsylvania,    Aurora, Il 60506-3030
9690264      +Eli Cruz,   6202 Smokey Ridge Dr,    Plainfield, Il 60586-5459
9690265       Elmhurst Chicago Stone,    P O Box 57,    Elmhurst, Il 60126-0057
9690266       Engineering Enterprises, In,    52 Wheeler Road,    Sugar Grove, Il 60554-9595
9690267      +EroTex,   W62 N248 Washington Ave,    Suite 205,    Cedarburg, WI 53012-2768
9690268       Fastenal Industrial &,    Construction Supplies,    P O Box 978,    Winona, MN 55987-0978
9690269       Federal Express Corp,    P O Box 94515,    Palatine, Il 60094-4515
9690270      +Feece Oil Company,    1700 Hubbard Drive,    Batavia, Il 60510-1424
9690271       Fifth Third Auto Leasing,    Trust Indiana (Northern),    P O Box 630041,
               Cincinnati, OH 45263-0041
10710715     +Fifth Third Bank,    1850 E Paris Ave SE,    MD#ROPS05/Bankruptcy,    Grand Rapids MI 49546-6253
9595305      +First Nat Ins Co of America,    2800 W Higgins Rd - #1100,    Hoffman Estate, Il 60169-7281
9687375      +First National Ins.Co of Am,    c/o Hinshaw & Culbertson,    222 N LaSalle St Ste. 300,
               Chicago, IL 60601-1013
9595306      +First National Surety,    (Halquist Stone Co),    2800 W Higgins Rd #1000,
               Schaumburg, IL 60169-7231
9595307      +First Sealord Surety Inc,    33 Rock Hill Road,    Bala Cynwyd, Pa 19004-2019
9690276       Ford Credit,   Post Office Box 219825,    Kansas City, Mo. 64121-9825
9690277      +Forms Fulfillment Center,    P O Box 681,    Tarrytown, NY 10591-0681
9690278      +Fountain Technologies, Ltd,    300 East Industrial Lane,    Wheeling, Il 60090-6340
9690279      +Fox Metro,   Water Reclamation District,    P O Box 109,    Montgomery, IL 60538-0109
9690280      +Fox River Stone Company,    1250 Larkin Avenue,    Suite 10,    Elgin, IL 60123-6078
9690281       Fox Valley Ford,    208 Hansen Blvd,    North Aurora, Il 60542-8920
9595308      +Fox Waterway Agency/GISSP,    c/o Zukowski Rogers et al,    50 Virginia Street,
               Crystal Lake, IL 60014-4126
9690283      +Freund International,    P O Box 67,   11816 South Route 47,    Huntley, IL 60142-0067
9690284      +Froylan Batista,    227 Harrison,    Carpentersville, Il 60110-2304
9690285      +G&K Services,    8201 South Cork Ave,    Justice, Il 60458-1718
9690286      +G. Lengemann Company,    P O Box 496,    Niles, Mi 49120-0496
9690288       GMAC,   P O Box 9001951,    Louisville, Ky. 40290-1951
9690291      +GMAC,   P O Box 5180,    Carol Stream, Il 60197-5180
9690294      +GRO Horticultural Enterprise,    14440 Marengo Road,    Union, Il 60180-9621
9690287      +Gatwood Crane Service,    2345 E Hamilton Road,    Arlington Hts., Il 60005-4806
9690292       Grainger,   Dept 136 853105823,    Palatine, Il 60038-0001
9690293       Great Western Bag Co,    141618 North Broadway,    St. Louis, Mo. 63012
9690295      +H Wigboldy Sons Inc,    13631 S Kostner Ave,    Midlothian, Il 60445-1908
9690296      +Halquist Stone,    Box 88033,   Milwaukee, Wi 53288-0001
9690297       Harris Bank Barrington NA,    P O Box 6201,    Carol Stream, Il 60197-6201
9690299      +Hector Espinal,    237 North Ohio Street,    Aurora, Il 60505-2807
9690300      +Hitchcock Design Group,    221 W Jefferson Ave,    Naperville, Il 60540-5355
9690301      +Hohulin Brothers Fence co.,    116 Harrison Street,    P O Box 107,    Goodfield, IL 61742-0107
9690302      +Holland & Knight LLP,    131 South Dearborn St,    30th Floor,    Chicago, IL 60603-5517
9690303       Home Depot CRC Payments,    P O Box 6029,    The Lakes, Nv 89163-0001
9690304      +Home Tech Management,    1212 C Badger Street,    Yorkville, Il 60560-1701
9690305      +Homer Industries LLC,    14000 S Archer Ave,    Lockport, Il 60441-7447
9690306      +Howard L. White Assoc,    P O Box 5197,    Buffalo Grove, Il 60089-5197
9690307      +Humana / Employers Health,    Insurance,    P O Box 0599,    Carol Stream, IL 60132-0001
9690308      +Hydro Dramatics Division,    MO Machinery & Engineering,    1228 S 8th Street,
               Saint Louis, MO 63104-3610
9690309      +Hyzer,Hyzer & Jacobs, Attys,    (Alpha to Omega Surveying),    855 North Madison St,
               Rockford, IL 61107-3015
9690311     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Il Dept of Revenue,    P O Box 19025,    Springfield, Il 62794)
9595311     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
9690319       IUOE Local 150,    Administration Dues,    P O Box 944727,    Chicago, IL 60690-4427
9690320      +IUOE Local 649,    Operating Engineers,    6408 West Plank Rd,    Peoria, IL 61604-5237
9690321       IUOE Local 841,103,318,649,    Mid Central Operating Eng,    P O Box 1445,
               Terre Haute, IN 47808-1445
9690310      +Il Dept of Revenue,    Motor Fuel Use Tax Dept,    101 W Jefferson Street,
               Springfield, IL 62702-5145
9595309       Il Dept. of Employment Sec,    P O Box 802551,    Chicago, Il 60680-2551
9595310       Illinois Department of Rev,    P O Box 19025,    Springfield, Il 62794-9025
9690314      +Illinois Landscape,    Contractors Association,    2625 Butterfield Rd # 204W,
               Oak Brook, IL 60523-1257
9690315      +Illinois Mining Corporation,    41 Walter Court,    Lake In The Hills, Il 60156-1586
9690317      +Ironsmith (RJ Smith Sales),    c/o Muzi & Associates,    1851 E First St Ste 1257,
               Santa Ana, CA 92705-4073
9690318      +Ismael Garcia,    632 Pennsylvania Ave,    Aurora, Il 60506-3030
9690322      +J F New & Associates,    P O Box 243,    708 Roosevelt Road,    Walkerton, IN 46574-1220
9690323      +J Mooncotch Crane,    7061 S Willow Springs Road,    Countryside, Il 60525-4730
9690324      +J R Simplot Company,    c/o Richard S Cozza, Atty,    227 West Monroe St,    Chicago, IL 60606-5055
9690327      +JLM Trucking,    1780 South 16000 West Rd,    Reddick, Il 60961-8125
9690328    ++++JOEL SERRANO,    114 E CLOVER AVE,    CORTLAND IL 60112-4114
             (address filed with court: Joel Serrano,    4724 Clover,    Cortland, Il 60112)
9690325       Jalic G.T.,   P O Box 1508,    Minneapolis, Mn 55480-1508
9690326      +James Mc Cabe,    3736 W 217th Street,    Matteson, Il 60443-3703
9690329      +John Weberpal,    16521 Swanson Road,    Sycamore, Il 60178-8652
```

```
District/off: 0752-1           User: amcc7                  Page 3 of 6                   Date Rcvd: Oct 28, 2008
Case: 05-28454                 Form ID: pdf002              Total Served: 317

9690330       Jorge Serrano,    805 Tyler Drive,    Carpentersville, Il 60110
9690331      +Jose Lopez,    2116 Morningside Lane,    Carpentersville, Il 60110-2521
9690332      +Juan Serrano,    109 Granada Road,    Carpentersville, Il 60110-1130
9690340      +KR Services Co,    Div of KRS Service Inc,    P O Box 958,    Bolingbrook, IL 60440-1083
9690341      +KRW Services Inc.,    c/o Chaet Kaplan Baim Firm,    30 N LaSalle St #1520,
               Chicago, IL 60602-3387
9595312      +Kane County Collector,    David J. Rickert,    719 S Batavia Ave-Bldg A,    Geneva, IL 60134-3077
9690334      +Karnes Landscape Supply,    31 W 545 Diehl Road,    Naperville, Il 60563-1077
9690335      +Kelly Sauder Rupiper Equip,    1501 Fifth Street,    Lacon, Il 61540-8819
9690336      +Kendall Hill Nursery, Inc,    16100 Newark Road,    Newark, Il 60541-9168
9690337      +Kesters Nursery,    P O Box 516,    Omro, Wi 54963-0516
9690338      +Kieft Brothers, Inc.,    837 S Riverside Drive,    Elmhurst, Il 60126-4964
9595313       Kohl's,    P O Box 2983,    Milwaukee, Wi 53201-2983
10639098     +Kohl's Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
9690342      +Lake Street Supply Co.Inc,    410 East North Ave,    Sreamwood, Il 60107-2524
9690343      +Landscape & Construction,    Solutions, LLC,    2233 Palmer Dr., Suite B,
               Schaumburg, IL 60173-3806
9690344      +Laser Source, Inc.,    5410 Newport Drive,    Suite 44,    Rolling Meadows, IL 60008-3722
9690345      +Lindahl Bros.,Inc.,    c/o James Crowley Jr.,    840 S Oak Park Ave #210,    Oak Park, IL 60304-1200
9690346      +Lindahl Brothers, Inc.,    622 East Green Street,    Bensenville, Il 60106-2579
9690347      +Local 707 Production,    Workers Union,    P O Box 56319,    Harwood Hts, IL 60656-0319
9690348      +Loyola,    2160 South First Ave,    Maywood, Il 60153-5500
9690349       M O E Construction Industry,    Research & Service Trust,    P O Box 74632,
               Chicago, IL 60675-4632
10706433     +MBNA America Bank NA,    Mailstop DE5 014 02 03,    PO  Box 15168,    Wilmington  DE 19850-5168
9690357       MBNA Mastercard AOPA,    P O Box 15289,    Wilmington, De 19886-5289
9687386       MBNA RCI Reward,    P O Box 15137,    Wilmington, De 19886-5137
9690350       Manifest Funding Service,    P O Box 790448,    St Louis, Mo. 63179-0448
9690351      +Marine Transport Inc,    P O Box 3849,    2421 Lorio Street,    Union, NJ 07083-1890
10612031     +Marshall Field,    111 Boulder Industrial Drive,    Bridgetown  MO 63044-1241
9595315       Marshall Field's,    PO Box 94578,    Cleveland, Oh 44101-4578
9690353      +Marshland Transplant,    Aquatic Nursery,    PO Box 1,116 E Huron St,    Berlin, WI 54923-0001
9690354      +Martin Serrano,    841 Post Lane,    Streamwood, Il 60107-1726
9687385       Mastercard A Advantage,    Citi Cards,    P O Box 6412,    The Lakes, NV 88901-6412,
               MBNA Mastercard AOPA,    P O Box 15289
9690356      +Material Service Corp,    222 North LaSalle Street,    Chicago, Il 60601-1003
9690359       Mc Cann Industries, Inc,    38951 Eagle Way,    Chicago, Il 60618-1389
9690360      +McAllister Equipment Co,    P O Box 88025,    Milwaukee, Wi 53288-0001
9687387      +McCann Industries, Inc.,    c/o Nigro & Westfall,PC,    1793 Bloomingdale Road,
               Glendale Heights, IL 60139-3800
9690363       McGinty Brothers Inc,    3744 RFD Cuba Road,    Long Grove, Il 60047-7958
9690364      +Medical Publishing,    1507 East 53rd St,    Dept. 601,    Chicago, Il 60615-4573
10628989     +Michael T. Nigro/Nigro & Westfall, P.C.,    1793 Bloomingdale Road,
               Glendale Heights, IL 60139-3800
9690365      +Mid Central H & W Fund,    c/o Wright Shagley & Lowery,    500 Ohio Street,,
               Terre Haute, IN 47807-3517
9595319      +Mid Central Operating Engin,    c/o Wright Shagley Lowery,    500 Ohio Street,
               Terre Haute, IN 47807-3517
9690367      +Midway Truck Parts,    7400 West 87th Street,    Bridgeview, Il 60455-1881
9690368      +Midwest Construction Serv,    P O Box 4185,    4200 S Ricketts Ave,    Bartonville, IL 61607-2314
9690369       Midwest Fence,    900 North Kedzie Ave,    Chicago, Il. 60651-4187
9690370      +Midwest Groundcovers,    P O Box 748,    St. Charles, Il 60174-0748
9690371      +Midwest Marketing Service,    P O Box 166,    Oak Lawn, Il 60454-0166
9690372      +Midwest Operating Engineers,    Pension Fund,    6150 Joliet Road,    La Grange, IL 60525-3956
9690373      +Midwest REM Enterprises,    P O Box 87166,    Carol Stream, Il 60188-7166
9690374      +Mobile Mini, Inc,    P O Box 79149,    Phoenix, Az 85062-9149
9690375      +Montgomery Water Dept,    P O Box 739,    Montgomery, Il 60538-0739
9690382      +NES Traffic Safety, LP,    12225 Disk Drive,    Romeoville, Il 60446-1190
9690376      +Naper Lawn Works, Inc.,    60 Wolf's Crossing Road,    Oswego, Il 60543-8771
9690377      +National Construction,    Rentals,    1894 Plain Avenue,    Aurora, IL 60502-8560
9690378      +National Seed Company,    5300 Katrine Ave Ste. A,    Downers Grove, Il 60515-4049
9690379      +Naturescape Design, Inc.,    152 S Northwest Hwy,    P O Box 457,    Cary, IL 60013-0457
9690381      +Navistar Financial Corp,    P O Box 96070,    Chicago, Il 60693-0001
9690380      +Navistar Financial Corp,    425 N Martingale Dr,    Suite 1800,    Schaumburg, IL 60173-2216
10592715     +Navistar Financial Corporation,    425 N. Martingale Road, Suite 1800,    Schaumburg, IL 60173-2216
9690383       New Holland Credit,    Company LLC,    P O Box 0509,    Carol Stream, IL 60132-0509
9690384       New Holland Plan,    Dep CH 10460,    Palatine, Il 60055-0460
9690385       Nextel,    P O Box 17990,    Denver, Co 80217-0990
9690386       Nicor Energy, LLC,    101 Warrenville Rd,    Suite 550,    Lisle, IL 60532-1583
9690389      +Night Light Inc,    Landscape Illumination,    130 Eisenhower Ln,    Lombard, IL 60148-5415
9690390      +North Central Il Laborer,    Health & Welfare Fund Office,    P O Box 9090,    Peoria, IL 61612-9090
9690391      +Northern Illinois Brick,    39 W 180 Highland Ave,    Elgin, Il 60124-7985
9595320       Northwestern Med. Faculty,    PO Box 75494,    Chicago, IL. 60675-5494
9690393      +NuToys Leisure Products,    P O Box 2121,    LaGrange, Il 60525-8221
9690394       Office Depot Credit Plan,    Dept. 56420485-6388,    P O Box 9027,    Des Moines, IA 50368-9027
9690395      +Office Equipment Specialist,    1935 Brookdale Ste #103,    Naperville, Il 60563-2773
9690396       One Star Long Distance,    P O box 3085,    Evansville, In 47730-3085
9595321      +Orange Lake County  Club,    8505 W Irlo Bronson Hwy,    Kissimmee FL 34747-8201
9687390      +Orange Lake Resort,    8505 W Irio Bronson Mem Hwy,    Kissimee, Florida 34747-8217
9690398      +Outside Plant Damage,    Recovery Group LLC,    9206 W Alameda, #1123,    Lakewood, CO 80226-2829
9690399      +Ozinga Illinois RMC, Inc,    18825 Old LaGrange Rd,    Mokena, Il 60448-8350
9690400      +Palace Industries,    P O Box 826,    Richboro, Pa 18954-0826
9690401      +Palatine Oil Company,Inc,    P O Box 985,    Palatine, Il 60078-0985
```

```
District/off: 0752-1          User: amcc7               Page 4 of 6              Date Rcvd: Oct 28, 2008
Case: 05-28454                Form ID: pdf002           Total Served: 317


9690402       +Paris Landscape,    1200 South Lake St,    Montgomery, Il 60538-1400
9690403       +Parker Systems, Inc.,    2880 Yadkin Road,    Chesapeake, Vi 23323-2202
10624809      +Patten Industries, Inc.,    c/o Joel A. Schechter,   53 W. Jackson Blvd.,    Suite 1025,
                Chicago, IL 60604-3650
9690404       +Payline West, Inc,    420 Nolen Drive,    South Elgin, Il 60177-2238
9690405       +Peerless Fence,    33W401 Roosevelt Road,    West Chicago, Il 60185-2611
9690406       +Peterson Manufacturing Co.,    Box 8 700,   W 143rd St,    Plainfield, Il 60544-0008
9690407       +Phil's Topsoil, Inc,    12763 Elaine Drive,   Plainfield, Il 60585-9765
9690408       +Prairie Seed Supply,    P O Box 5175,    Springfield, Il 62705-5175
9690409       +Priority Products, Inc,    320 N 6th Street,   St. Charles, Il 60174-1712
9690410       +Q & A Consulting,    522 West Main St,    St. Charles, Il 60174-1839
9595322        Quest Diagnostics,    1355 Mittel Boulevard,   Wood Dale, Il 60191-1024
9690413       +R & R Janitorial,    2198 Ogden Ave #137,    Aurora, Il 60504-7215
9690414       +R J Keck Pipe & Supply Co,    300 North Lake St,    Montgomery, Il 60538-1288
9690415        R J Smith Sales Inc,    D B A Ironsmith 41651,   Corporate Way #2&3,    Palm Desert, CA 92260
9690416       +Radiator Express,    2 S 721 Route 59,    Warrenville, Il 60555-1444
9595323       +Radiology Imaging Consult,    Dept 77-9413,   Chicago, Il 60678-0001
9690418       +Railroad Maint & Ind H&W Fu,    c/o Cavanagh & O'Hara,    407 E Adams,   PO Box 5043,
                Springfield, IL 62705-5043
9595324       +Railroad Maint & Ind.Health,    c/o Cavanagh & O'Hara,    407 E Adams Street,
                Springfield, IL 62701-1404
9690419       +Railroad Maintenance &,    Industrial Health & Welfare,    2205 W Wabash Ave. # 211,
                Springfield, IL 62704-5356
9690420        Rain for Rent, Chicago,    File 52541,    Los Angeles, Ca 90074-2541
9690421       +Rainbow Farms Enterprises,    25715 S Ridgeland Ave,    Monee, Il 60449-8963
9690422       +Randall Brockway,    154 Northgate Road,   Riverside, Il 60546-1617
9690423       +Randall Pressure Systems,    1100 Commerce Drive,    Geneva, Il 60134-2484
9687394       +Rehabilitation Inst of Chi,    Medical Services RIC,    36912 Eagle Way,   Chicago, IL 60678-0001
9690425       +Rental Plus,    124 North Schmale Rd,    Carol Stream, Il 60188-2151
9690426       +RentalMax LLC,    908 East Roosevelt Rd,   Wheaton, Il 60187-5651
9690427       +Rick Kohler,    1544 Stoneridge Court,   Yorkville, Il 60560-9317
9690428       +Rob Roy Equipment & Supply,    555 South River Street,    Batavia, Il 60510-2602
9690429       +Rodolfo Delgado,    17 Ash Street,    Carpentersville, Il 60110-1663
9690430       +Ross Midwest, Inc,    1 N 030 Gary Avenue,   Carol Stream, Il 60188-2278
9690431        Royal Office Products,    P O Box 88486,    Chicago, Il. 60680-1486
9690432        SBC,    Bill Payment Center,    Chicago, Il 60663-0001
10608087      +SMC c/o Carson Pirie Scott's-HSBC Bank Nevada,    BOX 19249,    SUGARLAND TX 77496-9249
9690433       +Schock's Towing Service,    423 East Main St,   East Dundee, Il 60118-1548
9690434       +Scotty's Inc,    3341 South State Street,   Lockport, Il 60441-5226
9595326        Sears,    P O Box 182149,    Columbus, Oh 43218-2149
9690436        Shane Deaton,    327 W 325 Providence,    Winfield, Il 60190
9690437       +Shane Reinink,    1803 Meadowbrook Ct,    Sycamore, Il 60178-2727
9690438       +Shane's Office Supply Co.,    2717 Curtiss St,   Downers Grove, Il 60515-4002
9690439       +Shemin Nurseries,    4 N 755 Lombard Rd,   P O Box 857,    Addison, IL 60101-0857
9690440       +Sierra Forest Products, Chi,    1700 Downs Drive,    West Chicago, Il 60185-1830
9690441       +Sikich Gardner & Co LLP,    998 Corporate Blvd,    Aurora, Il 60502-9102
9690442       +Source One Office Products,    380 Production Drive,    South Elgin, Il 60177-2637
9690443       +Speedway Super America,    RMS,   P O Box 498,   Richfield, OH 44286-0498
9690444        Speedway Superamerica LLC,    P O Box 740587,   Cincinnati, Oh 45274-0587
10598720      +St Alexus Medical Center,    Attn Juanita Strezo,    3040 Salt Creek Lane,
                Arlington Heights  IL 60005-1069
9595327        St Alexus Medical Center,    21219 Network Place,    Chicago, IL. 60673-1212
9690446       +State Disbursement Unit,    P O Box 5400,   Carol Stream, Il 60197-5400
9690448       +Steven L. Slaw P.C.,    2250 Point Boulevard,   Suite 111,    Elgin, IL 60123-7882
9690449        Sunbelt Rentals,    P O Box 409211,    Atlanta, Ga 30384-9211
9690450       +T & W Edmier Corp,    249 West Lake Street,   Elmhurst, Il 60126-1506
9690451        The CIT Group/EF,    File #55603,    Los Angeles, Ca 90074-5603
9690453        The Home Depot,    P O Box 9122,    Des Moines, Ia 50368-9122
9690454       +Thomas Firecracker,    1140 South State St,   Aurora, Il 60505-5738
10618271      +Tide FLex Co,    PO Box 548,    Carnegie PA 15106-0548
9690455       +Tide Flex Company,    300 Bilmar Drive,   Pittsburgh, Pa 15205-4606
9690456       +Tire Management,    481 N E Industrial Drive,   Aurora, Il 60505-9761
9690457        TruGreen Chemlawn,    1349 Division St,    Plainfield, Il 60544
9690458       +Trustees of cement Mason Pe,    c/o Donald Schwarz,    19 west Jackson, Suite 300,
                Chicago, IL 60604-3910
9687398       +United Construction Product,    c/o Nigro & Westfall,PC,    1793 Bloomingdale Rd,
                Glendale Heights, IL 60139-3800
9690460       +United Construction Product,    1700 Quincy Avenue,    Naperville, Il 60540-4176
9690463       +United Parcel Service,    Lockbox 577,   Carol Stream, Il 60132-0001
9690462       +United Parcel Service,    c/o R M S,   4836 Brecksille Rd,    Richfield, OH 44286-9177
9690464        United Rentals Inc,    135 South LaSalle St,   Department 4179,    Chicago, IL 60674-4179
9690465       +Ureil Geron,    1832 Endicott Circle,    Carpentersville, Il 60110-2402
9690466       +Utility Dynamics Corp,    23 Commerce Drive,   Oswego, Il 60543-9305
9690467       +Vesco Reprographic,    1351 Aucutt Road,   Montgomery, Il 60538-1174
9690468       +Victor Garcia,    632 Pennsylvania,    Aurora, Il 60506-3030
9690469       +Victor Macias,    943 Second Ave,    Aurora, Il 60505-3727
9595329        Victoria's Secret,    P O Box 182128,    Columbus, Oh 43218-2128
9690471        Visa Card member Service,    P O Box 15153,   Wilmington, De 19886-5153
9690472        Volvo,    P O Box 72470236,    Philadelphia, Pa 19170-0236
10621845      +Von Maur Credit Card,    6565 Brady St,   Davenport  IA 52806-2052
9595330        Von Maur Credit Card,    PO Box 9135,    Des Moines, Ia. 50306-9135
9690474       +W W Grainger Inc,    c/o R M S,    P O Box 523,   Richfield, OH 44286-0523
9690475       +Wagner Farms Nursery,    9937 South Route 59,    Naperville, Il 60564-5818
9595331       +Washington Mutual Mortgage,    5300 SW Meadows Road,    Suite 250,   Lake Oswego, OR 97035-8234
```

```
District/off: 0752-1          User: amcc7               Page 5 of 6              Date Rcvd: Oct 28, 2008
Case: 05-28454                Form ID: pdf002           Total Served: 317

10657423     +Waste Management RMC,    2421 W Peoria Avenue,    Ste 110,    Phoenix AZ 85029-4942
9690477       Waste Management Ill.West,    P O Box 9001054,    Louisville, Ky 40290-1054
9690478      +Water Products Company,    P O Box 50,    Aurora, Il 60507-0050
9687402      +West Bend Mutual Company,    1900 South 18th Street,    West Bend, Wisconsin 53095-9791
9656201      +West Suburban Bank,    Gina B. Krol,    Cohen & Krol,    105 West Madison Street Suite 1100,
               Chicago, IL 60602-4600
9687404      +West Suburban Bank,    c/o Giagnorio & Robertelli,    130 S Bloomingdale Rd,
               Bloomingdale, IL 60108-1240
9595333      +West Suburban Bank,    711 S Meyers Road,    Lombard, Il 60148-3770
9687405       Western Surety Company,    101 S Phillips Ave,    Sioux Falls, South Dakota 57104-6703
9690483      +Wholesale Direct Inc,    2759 Washington Blvd,    Bellwood, Il 60104-1941
9690484      +Wilson Nurseries Inc,    43W967 State Route 72,    Hampshire, Il 60140-9148
9687406      +Winfield Fire Protection,    P O Box 1368,    Elmhurst, Il 60126-8368
9690486      +Wolosek,    3531 Plover Road,    Wisconsin Rapids, Wi 54494-2155
10598775     +World Financial Network National Bank,    Victoria's Secret,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9690487      +Worldwide ExpressChicago,    P O Box 5020,    Woodridge, Il 60517-0020
9690488      +Zach Deaton,    180 Peachtree Lane,    West Chicago, Il 60185-1988
The following entities were served by electronic transmission on Oct 29, 2008.
9690201       E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2008 05:47:32      American Eagle,    P O Box 530993,
               Atlanta, Ga 30353-0993
12407646     +E-mail/PDF: rmscedi@recoverycorp.com Oct 29 2008 05:48:17      Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
9690239       E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            ComEd,
               Bill Payment Center,    Chicago, Il 60668-0001
9595304       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 29 2008 06:00:49      Discover,    P O Box 15316,
               Wilmington, De 19850
10611377      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 29 2008 06:00:49
               Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
9690387       E-mail/Text: bankrup@nicor.com                              Nicor Gas,    P O Box 190,
               Aurora, Il 60507-0190
9690388      +E-mail/Text: bankrup@nicor.com                              Nicor Gas,    P O Box 310,
               Aurora, Il 60507-0310
9690412       E-mail/Text: bklaw@qwest.com                            Qwest,    P O Box 29013,
               Phoenix, Az 85038-9013
12390282      E-mail/PDF: rmscedi@recoverycorp.com Oct 29 2008 05:48:18
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
10639680     +E-mail/PDF: rmscedi@recoverycorp.com Oct 29 2008 05:48:17
               Recovery Management Systems Corporation,    For GE Money Bank,    dba AMERICAN EAGLE,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9595325       Rehabilitation Inst of Chi
9687371*      Countrywide Home Loans,    P O Box 660694,    Dallas Tx 75266-0694
9690247*      Countrywide Home Loans,    P O Box 660694,    Dallas Tx 75266-0694
9690290*      GMAC,    Post Office Box 9001951,    Louisville, Ky.40290-1951
9687361*     +Gary Lee Deaton,    180 Peachtree Lane,    West Chicago, IL 60185-1988
9687403*     +West Suburban Bank,    711 S Meyers Road,    Lombard, Il 60148-3770
                                                                                              TOTALS: 1, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0752-1          User: amcc7            Page 6 of 6              Date Rcvd: Oct 28, 2008
Case: 05-28454                Form ID: pdf002        Total Served: 317
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2008**                        **Signature:**       *Joseph Speetjens*